KEVIN R. HANSEN, ESQ.
Nevada Bar No. 6336
AMY M. WILSON, ESQ.
Nevada bar No. 13421
LAW OFFICES OF KEVIN R HANSEN
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
Telephone: (702) 478-7777
Facsimile: (702) 728-2484
Email: kevin@kevinrhansen.com
Email: amy@kevinrhansen.com
*Attorneys for Plaintiff, Yvette Rodriguez*

BRENT T. ELLISON, ESQ.
Nevada Bar No.: 12000
LAW OFFICE OF BRENT ELLISON
600 S. Third Street
Las Vegas, Nevada 89101
Telephone: (702) 852-1800
Facsimile: (702) 553-3493
Email: brent@mynevadalawoffice.com
*Attorney for Plaintiff, Yvette Rodriguez*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| YVETTE RODRIGUEZ, an individual, | Case No.: 2:18-CV-01070-MMD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR IN THE ALTERNATIVE, TO SEVER/ BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH** |
| GEICO CASUALTY COMPANY, a Foreign Corportation, DOES I through X; and ROE BUSINESS ENTITES 1 though X, inclusive, | |
| Defendants. | |
| | **FIRST REQUEST** |

Plaintiff, Yvette Rodriguez, by and through her attorneys of record, Kevin R. Hansen, Esq., and Amy M. Wilson, Esq., of the Law Office of Kevin R. Hansen, and Brent T. Ellison, Esq., of

the Law Office of Brent Ellison, and Defendant, Geico Casualty Company, by and through their attorneys of record, Wade M. Hansard, Esq., Jonathan W. Carlson, Esq., and Renee M. Maxfield, Esq., of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, L.L.P., hereby file this Stipulation and Order to Extend by one (1) week, the Deadline for Plaintiff to file an Opposition to Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith which was filed with this Court on November 26, 2018.

IT IS HEREBY STIPULATED AND AGREED between the parties that Plaintiff, Yvette Rodriguez, shall be provided an one (1) week extension of time to file an Opposition to Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith.

IT IS HEREBY STIPULATED AND AGREED between the parties that the deadline date for Plaintiff, Yvette Rodriguez, to file an Opposition to Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith shall be extended from December 10, 2018 to December 17, 2018.

Plaintiff's request to Defendant for a stipulated agreement to extend the date for the filing of Plaintiff's Opposition to Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith was made in good faith due to an illness or health related problems on behalf of Plaintiff's counsel and will not cause any undue delays herein.

///

///

///

Dated this 10th day of December, 2018.

| | |
|---|---|
| Law Office of Brent Ellison | McCormick, Barstow, Sheppard, Wade & Carruth, L.L.P. |
| /s/ Brent T. Ellison | /s/ Jonathan W. Carlson |
| Brent T. Ellison<br>Nevada Bar No.: 12200<br>600 S. Third Street<br>Las Vegas, Nevada 89101<br>Telephone No.: (702)852-1800<br>Facsimile: (702)553-3493<br>*Attorney for Plaintiff, Yvette Rodriguez* | Jonathan W. Carlson, Esq.<br>Nevada Bar No.: 10537<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Telephone No.: (702)949-1100<br>Facsimile: (702)949-1101<br>*Attorney for Defendant, Geico Casualty Company* |

**ORDER**

Based on the foregoing stipulations and agreements of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. That Plaintiff, Yvette Rodriguez, shall be provided an one (1) week extension of time to file an Opposition to Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith; and

2. That the new deadline date for Plaintiff, Yvette Rodriguez, to file an Opposition to Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint or in the alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith shall be extended from December 10, 2018 to December 17, 2018.

Dated this 11th day of December, 2018.

_____
Miranda M. Du
United States District Judge

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2018, a true and correct copy of the foregoing Stipulation and Order to Extend Time to File an Extension to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic service to counsel of record receiving electronic notification.

/s/ Melissa I. Sandoval
An employee of the Law Office of Brent Ellison