McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Renee M. Maxfield
Nevada Bar No. 12814
  renee.maxfield@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YVETTE RODRIGUEZ, an individual;<br>Plaintiff,<br>v.<br>GEICO CASUALTY COMPANY, a Foreign Corporation, DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br>Defendants. | Case No. 2:18-cv-01070-MMD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

Each party will bear their own costs and attorneys' fees.

DATED this 23 day of May, 2019

LAW OFFICE OF KEVIN R. HANSEN

By _____
Kevin R. Hansen, Esq., Nevada Bar No. 6336
Amy M. Wilson, Esq., Nevada Bar No. 13421
5440 West Sahara Avenue, Suite 206
Las Vegas, Nevada 89146
Tel. (702) 478-7777
Attorneys for Yvette Rodriguez

DATED this 24th day of May, 2019

LAW OFFICE OF BRENT ELLISON

By /s/ Brent Ellison
Brent T. Ellison, Esq., Nevada Bar No. 12200
600 S. Third Street
Las Vegas, Nevada 89101
Tel. (702) 852-1800

Co-Counsel for Yvette Rodriguez

DATED this 24th day of May, 2019

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By /s/
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO Casualty Company

## ORDER

IT IS SO ORDERED.

DATED this 28th day of May, 2018

/s/
UNITED STATES DISTRICT JUDGE OR
~~UNITED STATES MAGISTRATE JUDGE~~

5947992.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2                                    2:18-cv-01070-MMD-CWH
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE